FILED
JAN 15 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARYL SHARP,

    Plaintiff,

v.

TIMOTHY DOLAN,

    Defendant.

Civil Action No. 19-0048 (UNA)

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. It appears that plaintiff has filed, and the Court has dismissed, an identical complaint. *See Sharp v. Dolan*, No. 18-cv-1411 (D.D.C. July 30, 2018), *aff'd*, No. 18-7128 (D.C. Cir. Nov. 26, 2018). The Court will dismiss this civil action without prejudice as duplicative.

An Order is issued separately.

/s/
United States District Judge

DATE: January 11, 2019